

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 24, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-10296-TMD-7 |
| | § | |
| THOMAS J HILL, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
|    Movant | § | HEARING DATE: 09/13/2021 |
| | § | |
| v. | § | TIME: 01:45 PM |
| | § | |
| THOMAS J HILL; RON SATIJA, | § | |
| Trustee | § | |
|    Respondents | § | JUDGE TONY M. DAVIS |

**AGREED ORDER LIFTING STAY AS TO DEBTOR**

On this day came on before the Court the Motion of PENNYMAC LOAN SERVICES, LLC, Movant, for Relief from the Automatic Stay. The Court is advised that the Debtor and the Chapter 7 Trustee do not oppose the requested relief and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT 36, BLOCK 6, SPRINGFIELD MANOR, UNIT 7, AN ADDITION TO THECITY OF KIRBY, BEXAR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDED IN VOLUME 8800, PAGE 67, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and PENNYMAC LOAN SERVICES, LLC may immediately enforce and implement this Order Lifting Stay.

### # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:/s/ PAUL KIM
PAUL KIM
TX NO. 24001182
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

MICHAEL ANTHONY SPINKS
2025 GUADALUPE
#206
AUSTIN, TX 78705
512.466.4784
ATTORNEY FOR DEBTOR
austexman@gmail.com

RON SATIJA
P.O BOX 660208
AUSTIN, TX 78766
CHAPTER 7 TRUSTEE